UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| | )   **NOTICE OF REMOVAL TO FEDERAL** |
|   v. | )                     **COURT** |
| | ) |
| LENOIR RHYNE UNIVERSITY, | ) |
| | ) |
|       Defendants. | ) |

Defendant, Lenoir Rhyne University, through counsel, respectfully removes the above-entitled action from the Superior Court of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division, pursuant to 28 U.S.C. § 1331, § 1441(b-c) and § 1446. In support of this Notice of Removal, the Defendant states as follows:

1.      On or about January 19, 2018, Plaintiff filed a civil action against Defendant in the Superior Court of Catawba County, North Carolina, styled "Jane Doe v. Lenoir Rhyne University," court file No. 18-CVS-150. Defendant was served with Plaintiff's Summons and Complaint on January 24, 2018. A certified copy of the Summons and Complaint served on Defendant is attached hereto as Exhibit A.

2.      The Complaint alleges violations of Title IX of the Educational Amendments Act of 1972, 20 U.S.C. sec 1681 *et seq* and other state law violations.

3.      In that the above-entitled action involves a civil suit for alleged damages arising under the federal law cited above, this case involves federal questions and federal jurisdiction is

therefore founded upon 28 U.S.C. § 1331 and this case, including all additional state law claims, is removable to federal court pursuant to 28 U.S.C. § 1441(b-c).

4.	This Notice is being filed within thirty (30) days of the date of service of the Summons and Complaint in this cause on Defendant; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b).  Defendant is represented by the undersigned counsel and consents to removal.

5.	Based upon federal question jurisdiction, Defendant contends that the aforesaid state action may be removed by this Defendant pursuant to 28 U.S.C. § 1441(b).  Therefore, Defendant hereby files its Notice of Removal of this action from the aforesaid Superior Court of Catawba County, North Carolina, in which it is now pending, to the United States District Court for the Western District of North Carolina, Statesville Division.

6.	A copy of this Notice of Removal has been served for filing in the office of Clerk of Superior Court of Catawba County, North Carolina, as shown by the Notice attached hereto as Exhibit B.

WHEREFORE, the Defendant prays that this action be removed from the Superior Court of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division and request that this court assume jurisdiction over this action, and proceed to final determination thereof.

This the 22nd day of February, 2018.

CRANFILL SUMNER & HARTZOG LLP

BY: /s/Ryan D. Bolick

Ryan D. Bolick, State Bar #26482
*Attorney for Defendant*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
rbolick@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22nd, 2018, I electronically filed the foregoing *Notice of Removal to Federal Court* with the Clerk of Court using the CM/ECF system, and will deposit the foregoing document in the United States Mail addressed to the following counsel:

Joeie R. Hayes
**Bradford Hayes, L.L.P.**
1300 Baxter Street, Suite 400
Charlotte, NC 28204

This the 22nd day of February, 2018.

CRANFILL SUMNER & HARTZOG LLP

BY:   /s/Ryan D. Bolick
Ryan D. Bolick, State Bar #26482
*Attorney for Defendant*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
rbolick@cshlaw.com