UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cv-00032-FDW-DSC

| | |
|---|---|
| JANE DOE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LENIOR-RHYNE UNIVERSITY, )<br>)<br>    Defendant. )<br>) | ORDER |

TAKE NOTICE that pursuant to Local Rule 16.1 counsel for the parties are required to conduct an Initial Attorney's Conference within 14 days of the joinder of the issues. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorney's Conference, and if applicable, the Joint Stipulation of Consent to Exercise jurisdiction by a US Magistrate Judge, should be filed within 7 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. As joinder of issues under this Court's standing order occurred on March 23, 2018, the Certificate of Initial Attorneys Conference is due by April 13, 2018.[1]

IT IS SO ORDERED.

Signed: April 11, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] The form for the Certificate of Initial Attorney's Conference is available on the Court's public website under Judges Orders.