IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) NO. 5:18-CV-00032- DSC |
| v. | ) |
| | ) |
| | ) |
| LENOIR-RHYNE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Unopposed Motion to Extend Case Management Deadlines, and for good cause shown, it is **ORDERED** that Plaintiff's Motion is **GRANTED**. The following new deadlines shall apply in this case:

  a) Plaintiff's Expert Reports shall be served upon Defendant no later than November 9, 2018;

  b) Defendant's Expert Reports shall be served upon Plaintiff no later than January 7, 2019;

  c) The parties shall complete discovery no later than February 18, 2019;

  d) The parties shall complete ADR no later than March 4, 2019;

  e) Dispositive motions shall be filed no later than March 18, 2019; and

  f) Trial shall be set for the September 16, 2019 civil term.

All other provisions of the Pretrial Order and Case Management Plan (document #14) remain in full force and effect.

1

**SO ORDERED**.

Signed: September 24, 2018

David S. Cayer
United States Magistrate Judge