# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00032-DSC

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LENOIR-RHYNE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Production of Documents as Required by the Family Educational Rights and Privacy Act" (document #24), as well as the parties' briefs and exhibits.

For the reasons stated in Plaintiff's briefs, the Motion is <u>granted</u>. Defendant shall produce documents that are responsive to Plaintiff's discovery requests, including those identified by Defendant in its initial disclosures.

The affected students have a right to reasonable advance notice of the production of documents so that they may have an opportunity to take protective action. <u>See</u> 20 U.S.C. § 1232g(b); 34 C.F.R. § 99.31(a)(9)(ii). Accordingly, the Court <u>orders</u> the parties' counsel to meet and confer concerning a schedule for providing that notice, followed by Defendant's production to Plaintiff. If the parties are able to agree as to a schedule, they shall present it to the Court in the form of a proposed order. If they cannot agree, each party shall present a proposed order. The parties shall submit their proposed order(s) within fifteen days of entry of this Order.

The Clerk is directed to send copies of this Order to counsel of record.

**SO ORDERED**.

Signed: October 11, 2018

David S. Cayer
United States Magistrate Judge