UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:18-CV-00032-FDW-DSC

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | **CONSENT PROPOSED** |
| | ) | **SCHEDULING ORDER FOR** |
| v. | ) | **DEFENDANT'S NOTICE AND** |
| | ) | **PRODUCTION OF FERPA** |
| LENOIR-RHYNE UNIVERSITY, | ) | **DOCUMENTS OR INFORMATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Order [Doc. No. 33] dated October 11, 2018, Plaintiff, Jane Doe, (hereinafter "Plaintiff"), and Defendant, Lenoir-Rhyne University (hereinafter "LRU" or "Defendant") counsel for the parties have conferred and submit this Proposed Scheduling Order for Defendant's Notice and Production of Documents protected by the Family Educational Rights and Privacy Act (hereinafter "FERPA").

Pursuant to the Order [Doc. No. 33] the parties have conferred and agree that Defendant will notify all affected students of the Court's Order and the production of documents (or unredacted documents) ordered therein as soon as possible. In order to give a reasonable time for the notification to the affected students and for the students to take action to respond to the production of these documents (or unredacted copies), the parties believe that thirty days after the entry of this Order is a reasonable time for the notification and possible response by the affected students.

The parties agree that Defendant will produce documents (or unredacted documents) that were only withheld pursuant to objection regarding FERPA, within five business days after the expiration of the thirty day notice and response period (thirty-five days from entry of this Order) unless some objection to the production is made by any affected student. Defendant will notify Plaintiff's counsel and the Court of any communication with an affected student indicating an objection to the production ordered by the Court.

Furthermore, any future documents withheld only due to an objection based upon FERPA will follow the same timing schedule as set forth herein with the thirty day notice and response period which will begin on the date upon which the discovery is due.

IT IS THEREFORE ORDERED that Defendant will notify affected students and produce documents (or unredacted documents) withheld only on the basis of FERPA as set forth herein and pursuant to this Court's October 11, 2018 Order on or before the aforementioned deadlines.

**SO ORDERED**.

Signed: October 29, 2018

_____

David S. Cayer
United States Magistrate Judge

2