**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:18-CV-00032-DSC**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LENOIR-RHYNE UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion Regarding Production of FERPA Documents or Information" (document #35), as well as the parties' briefs and exhibits.

Defendant states that it "received objections from three students to the production of their information protected under FERPA (the three students notified Defendant of their objections to the production of their information without explanation or reasoning)." Id. at 2. Defendant "seeks an order from the Court as to whether to produce information and documents in light of these objections." Id. at 1. In any event, the parties agree that production of this information should be made subject to a protective order. For the reasons stated in Plaintiff's brief, the Court concludes that additional notice to the objecting students is not warranted.

Accordingly, the Motion is granted. Defendant shall produce the subject documents within ten days of entry of this Order. In the interim, the parties shall submit a motion for entry of a consent protective order. If they cannot agree, each party shall submit a proposed order.

The Clerk is directed to send copies of this Order to counsel of record.

**SO ORDERED**.

Signed: December 20, 2018

David S. Cayer
United States Magistrate Judge