# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00032-DSC

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LENOIR-RHYNE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**AND NOW,** upon consideration of the parties' Stipulation of Dismissal with Prejudice (document #52), it is **ORDERED** that this matter is dismissed with prejudice. The Court will retain jurisdiction over this matter as necessary to enforce the terms of the parties' settlement.

The Clerk is directed to send copies of this Order to counsel of record.

**SO ORDERED**.

Signed: August 13, 2019

_____
David S. Cayer
United States Magistrate Judge